IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

INDUSTRIAL MAINTENANCE SOLUTIONS,
LLC, a West Virginia Limited Liability Company,
BRYAN S. HENRY, an individual,
NOVA I PROPERTIES, LLC, a West Virginia
Limited Liability Company, and
TAMMY HENRY, an individual,

       Plaintiffs,

v.                                      Civil Action No.:  1-22-cv-12
                                        Judge Thomas Kleeh
BGSE GROUP, LLC, a North Carolina
Limited Liability Company,
LUCKEY ENTERPRISES, LLC,
a North Carolina Limited Liability Company and
BRYAN BULLERDICK, an individual,

       Defendants.

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

        Plaintiffs, Industrial Maintenance Solutions, LLC; Bryan S. Henry; Nova 1 Properties, LLC; and Tammy Henry; collectively ("IMS") respectfully move this Court for leave to file a supplemental complaint in this case.  In support of this motion, IMS states as follows:  on December 27, 2021, IMS filed its original complaint in the Circuit Court of Monongalia County, West Virginia, Civil Action No. 21-C-371.  The case was remanded to this Court on February 3, 2022.  On January 6, 2023, defendant BGSE Group, LLC filed its Chapter 11 Petition for Bankruptcy in the United States Bankruptcy Court for the Western District of North Carolina, Case No. 23-30013.  On January 10, 2023, this Court entered an Order staying this Civil Action as to all Defendants and also vacating the Scheduling Order.

        On July 24, 2023, this Court entered an Order Lifting Stay as to All Parties Except BGSE Group, LLC; on that same day this Court entered a Second Scheduling Order.  Under that

Second Scheduling Order, Plaintiffs are to join parties or amend pleadings on or before September 4, 2023.  Pursuant to Rule 6(a)(6), this Motion is made timely.  IMS asks this Court for leave to file this Supplemental Complaint because (1) the Bankruptcy Court now has jurisdiction of claims against BGSE, and (2) IMS now has suffered additional damages due to the actions of Bryan Bullerdick and as a result of BGSE filing Bankruptcy.

Pursuant to Federal Rule 15. **Amended and supplemental pleadings**. (a) and (d) a party may amend or supplement its pleading, with leave of Court, when transactions or events occurred after the original pleading, and that "The Court should freely give leave when justice so requires."  Here, IMS's claims against Luckey Enterprises, LLC and Bryan Bullerdick remain, additional transactions and events have occurred after the original pleading, and IMS's damages have increased and/or changed.  Defendants will not be prejudiced should the Court grant this Motion, and justice will be served if leave of Court is granted.

WHEREFORE, IMS respectfully requests that this Court grant leave to file the attached Supplemental Complaint.

INDUSTRIAL MAINTENANCE
  SOLUTIONS, LLC,
BRYAN S. HENRY,
NOVA 1, PROPERTIES, LLC, and
TAMMY HENRY,

By Counsel,

/s/ Charles C. Wise III
Charles C. Wise III [WVSB # 4616]
Kaitlyn N. McKitrick [WVSB # 12782]
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, West Virginia  26501
Phone:  304-285-2509

Fax:     304-285-2575
cwise@bowlesrice.com
kmckitrick@bowlesrice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

INDUSTRIAL MAINTENANCE SOLUTIONS,
LLC, a West Virginia Limited Liability Company,
BRYAN S. HENRY, an individual,
NOVA I PROPERTIES, LLC, a West Virginia
Limited Liability Company, and
TAMMY HENRY, an individual,

       Plaintiffs,

v.

                                               Civil Action No.:  1-22-cv-12
                                               Judge Thomas Kleeh

BGSE GROUP, LLC, a North Carolina
Limited Liability Company,
LUCKEY ENTERPRISES, LLC,
a North Carolina Limited Liability Company and
BRYAN BULLERDICK, an individual,

       Defendants.

## CERTIFICATE OF SERVICE

       I Charles C. Wise III, counsel for Plaintiffs, do hereby certify that on September 5, 2023, I served a true and correct copy of the foregoing *Plaintiffs' Motion for Leave to File Supplemental Complaint* with the Clerk of the Court using the CM/ECF system and notification was sent to the following counsel of record:

Heather M. Noel, Esquire
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, West Virginia 26505
hnoel@shumanlaw.com
*Counsel for Defendants/Counter-Plaintiffs*

                                /s/ Charles C. Wise III
                                Charles C. Wise III [WVSB # 4616]
                                Bowles Rice LLP
                                125 Granville Square, Suite 400
                                Morgantown, West Virginia  26501
                                Phone:  304-285-2509
                                Fax:     304-285-2575
                                cwise@bowlesrice.com

16094780.1